IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LAMAR WOODS,

    Plaintiff,

v.                                                       4:24cv81–WS/MAF

ASHLEE COPELAND,
et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (ECF No. 5) docketed April 2, 2024. The magistrate judge recommends that Plaintiff's complaint be dismissed as an impermissible shotgun pleading, for failure to comply with court orders, and for failure to either file a proper in forma pauperis motion or pay the filing fee. Plaintiff has filed no objections to the report and recommendation.

    Upon review of the record, the undersigned has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 5) is adopted and incorporated by reference in this order of the court.

2. Plaintiff's complaint is hereby DISMISSED without prejudice as a shotgun pleading, for failure to comply with court orders, and for failure to either file a proper in forma pauperis motion or pay the filing fee. .

3. The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

4. The clerk shall close the case.

DONE AND ORDERED this __10th__ day of __May__, 2024.

                s/ William Stafford
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE